

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:      01-14-00805-CV

Style:      In the Interest of A.L.W. and A.N.W., Children

Date motion filed[*]:      April 27, 2015

Type of motion:      First Unopposed Motion for Extension of Time to File Tardy Brief

Party filing motion:      Appellant's substitute appellate counsel William M. Thursland

Document to be filed:      Appellant's Brief on Merits

Is appeal accelerated?      Yes

If motion to extend time:

     Original due date:      April 8, 2015

     Number of extensions granted:      0      Current Due Date: May 18, 2015

     Date Requested:      May 4, 2015

Ordered that motion is:

     ☐ Granted

     ☐ Denied

     ☒ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

     ☒ Other: _____

     Although this Court's March 12, 2015 Abatement Order stated that appellant's brief will be due within 20 days of appointment, the trial clerk did not file the supplemental clerk's record in this Court until late on April 24, 2015, which contained the trial court's order, signed that day, appointing substitute counsel. Early on April 28, 2015, the Clerk of this Court sent notice, dated April 27, 2015, reinstating this case and setting appellant's brief deadline within 20 days of that notice, or by May 18, 2015. Thus, because appellant's motion was filed before receipt of the Clerk's notice, the motion is dismissed as **moot**, as the deadline is May 18, 2015, **but no further extensions will be granted absent extraordinary circumstances.**

Judge's signature: /s/ <u>Laura C. Higley</u>
         ☒ Acting individually      ☐ Acting for the Court

Date: May 5, 2015

November 7, 2008 Revision